IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ZANDRA CHAMBERS | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| SOCIAL SECURITY DISABILITY | : | NO. 14-5513 |
| SOCIAL SECURITY ADMINISTRATION | : | |

FILED
SEP 29 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 29 day of September, 2014, upon consideration of plaintiff's motion to proceed *in forma pauperis* and *pro se* complaint it is ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* is DENIED without prejudice for lack of sufficient financial information to allow the Court to determine whether she has the means to pay the filing fee to commence this case. In determining whether a plaintiff is eligible to proceed *in forma pauperis*, the Court must assess the plaintiff's financial status. *See Deutsch v. United States*, 67 F.3d 1080, 1084 n.5 (3d Cir. 1995). "When exercising its discretion to approve or deny a motion to proceed IFP, a District Court 'must be rigorous . . . to ensure that the treasury is not unduly imposed upon.'" *In re Mock*, 252 F. App'x 522, 523 (3d Cir. 2007) (per curiam) (quoting *Walker v. People Express Airlines, Inc.*, 886 F.2d 598, 601 (3d Cir. 1989) (alteration in original)). Accordingly, it is appropriate for a district court to seek additional information about a plaintiff's financial status when questions are raised by his *in forma pauperis* application. *Assaad-Faltas v. Univ. of S.C.*, 971 F. Supp. 985, 987 (D.S.C. 1997) ("'[T]he Court may inquire into [a plaintiff's] allegations and demand more specific information if necessary for a proper assessment of the movant's financial status.'" (quoting *Monti v. McKeon*, 600 F. Supp. 112, 113 (D. Conn. 1984))). Here, plaintiff's motion is deficient because it does not reflect any

source of income, and thus fails to inform the Court how plaintiff is supporting herself financially.

2. The Clerk of Court shall provide plaintiff with an appropriate non-prisoner application to proceed *in forma pauperis*, bearing the civil action number of this case. If plaintiff seeks to proceed *in forma pauperis* she shall, within thirty (30) days of the date of this order, complete the form and return it to the Clerk of Court. The completed form should provide the Court with enough information to establish how plaintiff supports herself. Alternatively, plaintiff may proceed by paying the $350 filing fee and $50 administrative fee within thirty (30) days of the date of this order.

3. The Clerk of Court shall CLOSE this case for statistical purposes.

**BY THE COURT:**

L. FELIPE RESTREPO, J.