IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ZANDRA CHAMBERS | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| SOCIAL SECURITY DISABILITY, SOCIAL SECURITY ADMINISTRATION | : : | NO. 14-5513 |

ORDER

AND NOW, this 6th day of August, 2015, it is hereby ORDERED that this matter is referred to the Plaintiff's Social Security Appeals Panel.

BY THE COURT:

L. Felipe Restrepo, J.